UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE N0. 08-20569-CR-COOKE
MAGISTRATE JUDGE BANDSTRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHELLE ACEVEDO,

        Defendant.
_____/

STIPULATED FACTUAL STATEMENT
IN CONNECTION WITH FED. R. CRIM. P. 11 PROCEEDING

    The United States of America ("the United States"), through the undersigned Assistant United States Attorney, together with defendant MICHELLE ACEVEDO, individually and through her undersigned counsel, hereby submit the within "Stipulated Factual Statement in Connection With Fed. R. Crim. P. 11" (the "Stipulation").  This joint submission is being made in order to assist the Court in connection with the defendant's change of plea proceeding to be conducted on Wednesday, August 26, 2009, such that the Court may be in a position to evaluate whether there exists a factual basis in support of the defendant's contemplated plea of guilty to the single count of the Superseding Information previously filed before this Court on August 11, 2009.

    The factual matters which are the subject of this Stipulation are explicitly set forth within a document entitled "Statement of Michelle Acevedo" (the "Statement") a copy of which is attached hereto as "Exhibit One."  As set forth therein, this Statement, including all of its factual

1

assertions, was executed by the defendant in the presence of a government law enforcement witness who was explicitly authorized to conduct this task by the defendant's counsel and in accordance with the terms of her Plea Agreement, which was also executed by her in a contemporaneous fashion and concerning which this Statement has been made an exhibit. Moreover, the substance of the Statement was confirmed, acknowledged, and validated by the defendant, in advance of its execution, as a result of both her review of the same and her previous consultation with counsel regarding any matters related to the Statement or the Plea Agreement which were perceived to be in need of clarification or legal advice.

                                      JEFFREY H. SLOMAN
                                      ACTING UNITED STATES ATTORNEY

By:    s/ *Peter B. Outerbridge*
         s/ *Peter B. Outerbridge*
         ASSISTANT U.S. ATTORNEY
         FLA. BAR NO. 0289914
         99 N.E. 4TH STREET, 4th FLOOR
         MIAMI, FLORIDA 33132
         TEL: (305) 961-9326

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing "Stipulated Factual Statement in Connection with Fed. R. Crim. P. 11 Proceeding" (including exhibit attachment) was supplied to defense counsel on August 26, 2009 and that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 1, 2009:

Jennifer Ortega, Esq.
Emmanuel Perez, Esq.
901 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33134

*s/ Peter B. Outerbridge*
PETER B. OUTERBRIDGE
ASSISTANT U.S. ATTORNEY